FILED BY _____ D.C.

05 JUN -3 PM 12: 43

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No.: 04-20010 D

UNDRIA WILLIAMS,

    Defendant.

ORDER GRANTING MOTION TO EXTEND SURRENDER DATE

It appearing to the court for good cause shown, that Defendant's motion to extend the surrender date is well-taken, it is therefore

ORDERED, ADJUDGED AND DECREED that Defendant is granted a 60 day surrender date from June 15, up to and including August 15, 2005.

**IT IS SO ORDERED** this 3rd day of June, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6/8/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CR-20010 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Edward P. Bronston
LAW OFFICE OF EDWARD P. BRONSTON
246 Adams Ave.
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT