IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | No. 04-20010-D |
| UNDRIA WILLIAMS, | * |
| Defendant. | * |

### ORDER DENYING DEFENDANT'S MOTION TO ENFORCE JUDGMENT, OR ALTERNATIVELY, TO SUSPEND REMAINDER OF SENTENCE

This cause came to be heard this date upon the written motion of counsel for the defendant, and it appears to the Court that upon consideration of statements made by counsel for both parties, and the entire record, the defendant's motion should be denied.

**SO ORDERED** this 17th day of November, 2005.

BERNICE B. DONALD
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:04-CR-20010 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Gerald S. Green
LAW OFFICE OF GERALD S. GREEN
147 Jefferson
Ste. 800
Memphis, TN 38103

Edward P. Bronston
LAW OFFICE OF EDWARD P. BRONSTON
246 Adams Ave.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT